# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PATRICIA KENNEDY, Individually,<br><br>                Plaintiff,<br>v.<br><br>MORRISON'S OF PALM BEACH, INC.,<br><br>                Defendant. | )<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To:        MORRISON'S OF PALM BEACH, INC.
               C/O THOMAS MORRISON, Registered Agent
               222 LAKEVIEW AVE
               PH 5
               WEST PALM BEACH, FL 33401

A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
               PHILIP MICHAEL CULLEN, III, Esq.
               621 SOUTH FEDERAL HIGHWAY, SUITE 4
               FORT LAUDERDALE, FLORIDA 33301
               (954) 462-0600

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                           *CLERK OF COURT*

Date: _____              _____
                                                             *Signature of Clerk or Deputy*