UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-80988-JIC

PATRICIA KENNEDY,

    Plaintiff,

    v.

MORRISON'S OF PALM BEACH, INC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, MORRISON'S OF PALM BEACH, INC. ("Defendant"), by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement. The parties are currently working on the documents related to the settlement, and will file the materials related to the closure of this case as soon as the drafts are completed and the settlement documents are executed.

Because this action arises under Title III of the ADA alleging barriers to access at a place of public accommodation, the parties will be asking the Court to approve Defendant's remediation plan. However, the parties are still waiting to receive a written report from one of the parties' experts, in order to incorporate those readily achievable remediation elements into the remediation plan. Defendant accordingly requests 20 days to submit the documents related to the settlement.

Respectfully submitted,

By: s/Mendy Halberstam
Mendy Halberstam, Esq.
Fla. Bar No. 68999
*mendy.halberstam@jacksonlewis.com*
JACKSON LEWIS P.C.

CASE NO: 13-24428-CIV- MOORE

One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, FL 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of December 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Mendy Halberstam
Mendy Halberstam, Esq.

**SERVICE LIST**
**Kennedy v. Morrison's of Palm Beach, Inc.**
**United States District Court Southern District of Florida**

**Via CM/ECF**
Philip Michael Cullen, III, Esq.
Florida Bar No. 167853
E-mail: *cullen@thomasbaconlaw.com*
THOMAS B. BACON, P.A.
621 South Federal Highway, Suite 4
Ft. Lauderdale, FL 33301
Telephone: (954) 462-0600
Facsimile: (954) 462.1717
*Attorneys for Plaintiff*

4811-6600-2475, v.  1