UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80988-CIV-COHN/SELTZER

PATRICIA KENNEDY,

    Plaintiff,

v.

MORRISON'S OF PALM BEACH, INC.

    Defendant.
_____/

**ORDER APPROVING REMEDIATION PLAN**
**AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Motion to Approve Remediation Plan and Joint Stipulation of Dismissal with Prejudice [DE 19] ("Motion"). The Court has been advised that the parties, their attorneys, and their experts participated in the development of the proposed remediation plan and agree that it is a fair and reasonable resolution of Plaintiff's claim. The Court has reviewed the Motion, the remediation plan, and the record in this case, and is otherwise advised of the premises. It is hereby

**ORDERED AND ADJUDGED** that the Motion to Approve Remediation Plan and Joint Stipulation of Dismissal with Prejudice [DE 19] is **GRANTED**. The parties' proposed remediation plan is **APPROVED**. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees, except as the parties may otherwise agree. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF